# William K Li Law PLLC

535 Fifth Avenue, 4th Floor, New York, New York 10017
(212) 380-8198      wli@wlilaw.com

March 22, 2024

*Application GRANTED.*

*The Clerk of Court is directed to terminate the motion at Dkt. 26.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: March 25, 2024*

BY ECF
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  Maury v. 1568-1572 Third Avenue LLC and Wok 88 on Third, LLC;
     **Civ. Case No: 1:23-cv-03340 (AS)**

Dear Judge Subramanian,

This firm represents Defendants in the above-referenced matter. We write jointly with counsel for Plaintiff, Adam S. Hanski, to respectfully request an extension of time for the parties to file dispositive motion for the reasons below.

On January 12, 2024, the parties requested the Court to refer this matter to mediation through the Court's ADR office. (Dkt. No. 21) The Court subsequently referred this matter to mediation (Dkt. No. 22) by directing the ADR office to assign a mediator by January 30, 2024 (Dkt. No. 23). The parties informed the Court on February 15, 2024 that a mediator was not yet assigned by the ADR office and requested to hold deadlines in this case in abeyance until the parties have had a chance to mediate this case (*See* Dkt. No. 24) On February 16, 2024 The Court granted the parties February 15, 2024 request in part and denied it in part. (Dkt. No. 25) Specifically, the Court provided the parties until April 1, 2024 to file moving paper for dispositive motion so to give the ADR office additional time to assign a mediator and for the parties to continue to try reach a settlement.

On March 15, 2024, the ADR office finally assigned a mediator, Rita Sethi, for this matter. The earliest date in which Ms. Sethi is available to mediate this matter is April 17, 2024. Given that the parties are now finally able to go to mediation, we respectfully request that the Court to extend the time for the parties to file moving papers for dispositive motion to May 3, 2024, opposition to May 17, 2024 and reply to May 24, 2024. The parties make this request in the interest of judicial economy and for the parties to save time and cost on a dispositive motion that may become moot should the parties reach a settlement during the mediation. There is currently no deadline for the parties to file any pretrial related submissions.

We thank the Court for its continued attention to this matter.

2

                                                    Respectfully Submitted,
                                                    */s/ William Li*
                                                    William Li

Cc:     Counsel for all parties (via ECF)